THE PEOPLE OF THE STATE OF NEW YORK ex rel. FELICE SPINELLI, Respondent, *v.* WILLIAM E. WALSH et al., Constituting the Board of Standards and Appeals of the City of New York et al., Appellants.

(Submitted November 17, 1930; decided November 25, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 254 N. Y. 601.)

PHILSON HOLDING CORPORATION, Respondent, *v.* BAY-CHESTER MANOR, INC., Appellant, Impleaded with Others.

(Submitted November 24, 1930, decided November 25, 1930.)

*Harry Hausknecht* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.